UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | WA:14-CR-00284(1)-WSS |
| | § | |
| (1) CHARLES D. JONES | § | |

## ORDER SETTING ARRAIGNMENT/GUILTY PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ARRAIGNMENT/GUILTY PLEA** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Thursday, February 19, 2015 at 01:00 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

IT IS SO ORDERED this 8th day of January, 2015.

_____
WALTER S. SMITH JR
UNITED STATES DISTRICT JUDGE