# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION



FILED
FEB 19 2015

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | WAIVER OF INDICTMENT |
| V. ) | |
| ) | |
| CHARLES D. JONES, ) | CASE NUMBER: W-14-CR-284(01) |
| ) | |
| Defendant. ) | |

I, **CHARLES D. JONES**, the above named defendant, who is accused in one count of *Fraud by Wire, Radio or Television*, in violation of Title 18, United States Code, Section 1343, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___2/19___, 2015, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

CHARLES D. JONES
Defendant

ROBERT T. SWANTON, JR.
Counsel for Defendant

BEFORE: _____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE